**K&R**  KREINCES &
ROSENBERG, P.C.
*Attorneys At Law*

Leonard Kreinces

Howard S. Rosenberg
Admitted to Practice NY & CT

Donna Murphy
Paralegal

900 Merchants Concourse
Suite 305
Westbury, New York 11590
Tel (516) 227-6500
Fax (516) 227-6594
www.kresq.com

July 25, 2022

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/2022

Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 18D
New York, New York 10007

Re:    Riviera Produce Corp. v. BCJR, LLC d/b/a Mulberry & Vine
and Michelle Anne Gauthier
Case No.: 22CV02540(VEC)

Dear Magistrate Lehrburger:

I am the attorney for the plaintiff in the above-named matter. There is presently a conference scheduled on Thursday, July 28, 2022 at 9:30 a.m. before Your Honor.

I am experiencing back problems which are worse in the morning. I am therefore requesting, with the consent of the defendants' attorney, that the conference be moved to 12 noon or 2:00 p.m. on that day.

The courtesy and cooperation of Chambers is appreciated.

Respectfully yours,

LEONARD KREINCES

LK/dm
cc: Joshua Androphy, Esq. (via ECF)

SO ORDERED:

_____ 7/25/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE